UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-v-  **CASE NO. 6:09-CR-206-ORL-35DAB**

**PAULA DENISE MILLER**

_____

# ORDER

This case having been considered by the Court on the Report and Recommendation Concerning Plea of Guilty (Doc. No. 24, filed December 15, 2009) and no objection thereto having been filed, it is **ORDERED**:

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 24) is **ACCEPTED, AFFIRMED AND ADOPTED**.

2. Defendant **Paula Denise Miller** has entered a plea of guilty to Count One of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Count One of the Indictment.

**DONE AND ORDERED** at Orlando, Florida, this 5th day of January 2010.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services